United States Bankruptcy Court
Western District of Washington

In re:  Case No. 24-42226-MJH
Avision Electronics Designs LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-3      User: admin      Page 1 of 2
Date Rcvd: Feb 06, 2025      Form ID: ntcclm      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Avision Electronics Designs LLC, 31 Ava Road, Underwood, WA 98651-9230 |
| 957351245 | | Bean Growers Australia LTD, Lloyd Neilson / Peter Capstairs, River Road, Kingaroy, QLD 4610 AUSTRALIA |
| 957351246 | + | Chernoff Vilhauer PC, 111 SW Columbia St. #725, Portland, OR 97201-5856 |
| 957351247 | + | Clerk of the Court, Circuit Court of Oregon for Multnomah Co, 1200 SW 1st Ave., Portland, OR 97204-3201 |
| 957351248 | + | Clerk of the Court, Superior Court of Washington for Skamani, 240 NW Vancouver Ave., Stevenson, WA 98648-6447 |
| 957351249 | + | Jordan Ramis PC, ATTN Dan Sharp, 1211 SW 5th Ave., 27th Floor, Portland, OR 97204-3735 |
| 957351250 | + | Jordan Ramis PC, ATTN Russ Garrett, 1211 SW 5th Ave., 27th Floor, Portland, OR 97204-3727 |
| 957351252 | | Multiscan Technologies S.L, Pol. Ind. Els Algars C / La Safor, 2, 03820 Cocentaina (Alicante) SPAIN |
| 957351251 | + | Multiscan Technologies USA LLC, 2655 S Le Jeune Road Ste 905, Coral Gables, FL 33134-5813 |
| 957351253 | | Pacific Gold Macadamia, Jim Wilson, 170 Rosedale Road, Bundaberg, QLD 4670 AUSTRALIA |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: jenny@fieldjerger.com | Feb 06 2025 22:47:00 | Joseph A Field, Field Jerger LLP, PO Box 13326, Portland, OR 97213-0326 |
| smg | | EDI: WADEPREV.COM | Feb 07 2025 03:41:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| 957351254 | + | EDI: IRS.COM | Feb 07 2025 03:41:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 957351255 | + | EDI: WADEPREV.COM | Feb 07 2025 03:41:00 | Washington Dept of Revenue, 2101 4th Ave., Suite 1400, Seattle, WA 98121-2300 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Darren Robert Krattli | dktrustee@eisenhowerlaw.com WA36@ecfcbis.com |
| Joseph A Field | on behalf of Debtor Avision Electronics Designs LLC joe@fieldjerger.com jenny@fieldjerger.com |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

TOTAL: 3

Form ntcclm (09/2024)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

Avision Electronics Designs LLC

Case Number: 24−42226−MJH
Chapter: 7

Debtor(s).

## NOTICE TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS AND NOTICE OF PAYMENT OF ESTATE FEES

YOU ARE NOTIFIED that the Trustee in this case, **Darren Robert Krattli**, has discovered assets. Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court on or before **May 12, 2025.**

Creditors who do not file a proof of claim on or before this date may not be entitled to share in any distribution from the Debtor's estate. *Any creditor who has filed a proof of claim already need not file another proof of claim.*

A Proof of Claim form may be filed electronically through the Court's website: www.wawb.uscourts.gov, **File a Proof of Claim**. Filing claims electronically requires access to the internet, but no login or password is required. Alternatively, paper claim forms can be submitted to the Court through the U.S. Mail at the address provided above.

There is no fee for filing the proof of claim.

If the Trustee recovers assets in this case, the estate will be required to pay banking fees not to exceed 2% of the estate's bank account balance per year. In addition, the estate may be required to pay a bond premium not to exceed 0.1% of the estate's bank account balance. If you object to the payment of these amounts, you must file an objection with the Court on or before the deadline set above for the filing of proofs of claim and set the matter for hearing.

Dated: February 6, 2025

Gina Zadra Walton
Clerk of the Bankruptcy Court